Ohnsburg v. Turner.

OHNSBURG, *Administrator, et al., Appellant*, v. TURNER *et al.*

**Equity :** INJUNCTION : CLOUD UPON TITLE : ADVERTISEMENT : RECEIVER
TRUSTS AND TRUSTEES. After the death of the maker of certain notes secured by a deed of trust, there was a default in the payment of the notes, and a sale of the property by the trustees, at which the owner of the notes became the purchaser, and under which he went into possession. The amount of the principal note was not realized at the sale, and the payee assigned the same for collection, the assignee to pay the expenses of collection, and to retain one-half the amount collected. The assignee employed the trustees, who were attorneys, to make the collection, they to receive a percentage as compensation. Several years afterwards, the payee of the notes discovered that the foreclosure sale was void, because of a failure to comply with the terms of the deed of trust in the matter of the advertisement of sale, and thereupon, under his direction, the trustees re-sold the property under the deed of trust. The advertisement complied with the terms of the deed of trust, but did not state who was the grantor therein. The maker's estate was insolvent, and his widow and minor children applied for an injunction to restrain the sale, or the removal of the trustees, and for an accounting. *Held*, that the bill contained no equity ; that the first sale was no cloud upon the title ; that the second advertisement was sufficient ; that the mortgagee in possession, not having refused to account, there was no ground for the appointment of a receiver ; that the trustees were not interested in the trust debt, and properly, upon learning of their mistake, re-assumed their duties as trustees.

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Louis Gottschalk* for appellants.

*Thos. T. Gantt* for respondents.

SHERWOOD, J.—Approving the opinion of the St. Louis court of appeals, the judgment of that court is hereby affirmed. See 13 Mo. App. 533. All concur.